1
2
3
4
5
6
7       UNITED STATES DISTRICT COURT

8       EASTERN DISTRICT OF CALIFORNIA

9
JOSE SALVADOR RIVERA AVILA,          )      1:07-CV-00523 AWI NEW (DLB) HC
10                                   )
                Petitioner,          )      ORDER DENYING PETITIONER'S
11                                   )      MOTION TO EXPEDITE
        v.                           )
12                                   )      [Doc. #12]
CHARLES DEROSA, et al.,              )
13                                   )
                Respondents.         )
14  _____)

15
16          Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2241.

18          On June 14, 2007, Petitioner filed a motion to expedite proceedings in the pending petition

19  for writ of habeas corpus.  As Petitioner correctly states, the instant action is pending before this

20  Court.  However, the Court does not have an expedited calendar.  Petitioner is advised that the Court

21  acts to resolve all pending cases in the most efficient manner possible.  The Court is aware of

22  Petitioner's pending petition.  Nevertheless, the Court's docket of pending cases is substantial, and

23  the Court must act first on those matters that have been pending the longest.

24          With respect to Petitioner's request that the current deadlines be moved forward, his request

25  must be denied. The Court issued the order directing Respondent to file an answer on May 10, 2007.

26  The order specified the answer was due within sixty (60) days, to wit, July 11, 2007. Unfortunately,

27  Petitioner delayed until June 14, 2007, to request the deadline be moved forward. Since the deadline

28  is now only two weeks away, it would prejudice Respondent to move the date any closer.

1        Accordingly, Petitioner's motion to expedite the pending petition for writ of habeas corpus is

2   DENIED.

3        IT IS SO ORDERED.

4        **Dated:**   __**June 26, 2007**__                    _____**/s/ Dennis L. Beck**_____

5                                                            UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28